UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUSAN TEEMAN,

                      *Plaintiff*,

          -against-

DAVID YOSHIDA,

                      *Defendant.*
------------------------------------------------------------X

Case No. 07 CIV 9902

**Rule 7.1 Statement**

[Stamp: NOV 0 8 2007 U.S.D.C. S.D.N.Y. CASHIERS]

      Pursuant to the Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

**NONE**

                                          JUDD BURSTEIN, P.C.
                                          1790 Broadway, Suite 1501
                                          New York, New York 10019
                                          (212) 974-2400
                                          *Attorneys for Plaintiff*

Date:  November 8, 2007                  By: _____
                                                       Alexander M. Levy (AL-2351)