UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SUSAN TEEMAN,

          *Plaintiff*,

    – against –

DAVID YOSHIDA,

          *Defendant.*
-------------------------------------------------------------X

ORIGINAL

Case No: 1:07-cv-9902-HB

**NOTICE OF DISMISSAL**

**PLEASE TAKE NOTICE**, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), the attorneys for the plaintiff SUSAN TEEMAN hereby dismiss the above-captioned action.

Dated: New York, New York
       November 28, 2007

Yours, etc.,

JUDD BURSTEIN, P.C.

By: _____
Alexander M. Levy (AL-2351)
1790 Broadway, Suite 1501
New York, New York 10019
(212) 974-2400
*Attorneys for Plaintiff*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07